UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**PLANET HOME LENDING, LLC,**

*Plaintiff*,

v.                                                        CASE NO.  SA-24-CV-01350-JKP

**SHAUN BUTLERJR., THE UNITED STATES OF AMERICA, GREATER WOODLAKE HOMEOWNER'S ASSOCIATION, INC.,**

*Defendants*.

## DEFAULT JUDGMENT

Before the Court is Plaintiff Planet Home Lending's Motion for Default Judgment. ECF No. 24. Upon consideration, the Motion is GRANTED.

Having considered the Motion for Default Judgment, the Court finds as follows:

1. Shaun Butler, Jr. made, executed and delivered that one certain note dated September 16, 2022, promising to repay via 360 monthly installments the amount of $331,877.00 to the order of Planet Home Lending, LLC (the "Note");

2. Shaun Butler, Jr., made, executed and delivered that one certain deed of trust dated September 16, 2022 in favor of Allan B. Polunsky, for the benefit of Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for Planet Home Lending, LLC and its successors and assigns and which was filed and recorded in the official real property records of Bexar County, Texas on September 22, 2022 as 20220228880 (the "Deed of Trust") to secure the Note with that certain property (the "Property"), to wit:

1

LOT 67, BLOCK 22, WOODLAKE PARK SUBDIVISION, UNIT 7A, A SUBDIVISION IN BEXAR COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF; RECORDED IN VOLUME 9538, PAGE 134, DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS.

Reported Mailing Address of 4918 Lost Tree, San Antonio, TX 78244

3. Planet Home Lending, LLC is the assignee of the Deed of Trust.

4. Payments on the Note and Secured under the Deed of Trust are due since January 1, 2024.

5. Plaintiff provided notice of said default and the opportunity to cure, and it persists.

6. The total balance owing on the Note and secured under the Deed of Trust is $375,964.11 as of July 9, 2025, which continues to accrue interest at the rate of 6.12500% *per annum*.

7. Plaintiff's interest in the Property under the Deed of Trust is prior and superior to Defendant Greater Woodlake Homeowner's interest therein under those certain instruments, to wit: Assessment Lien executed on January 6, 2006 and filed and recorded in the official real property records of Bexar County, Texas on January 10, 2006 as 20060006720 (the "2006 Assessment Lien"); and Affidavit of Non-Receipt of Maintenance Assessments of Greater Woodlake Homeowners Association, Inc. executed on January 18, 2024 and filed and recorded in the official real property records of Bexar County, Texas on January 26, 2024 as 20240014865 (the "2024 Affidavit of Non-Receipt of Maintenance Assessments").

8. The Clerk of this Court entered the default of Shaun Butler, Jr. herein on June 10, 2025.

9. The Clerk of this Court entered the default of Greater Woodlake Homeowner's Association, Inc. herein on June 10, 2025.

10. Defendant The United States of America has stipulated to its treatment herein.

11. This Court has jurisdiction to render this judgment.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, THAT:**

The Motion for Default Judgment is hereby granted.

The Court hereby enters judgment in favor of Planet Home Lending, LLC that Defendant Shaun Butler, Jr. owes a debt of $375,964.11 as of July 9, 2025, which is secured by the Property. Such debt **SHALL** continue to accrue interest at the rate of 6.12500% *per annum* until the sale described in the following paragraphs is executed. If prior to the date the sale described in the following paragraphs is executed, Plaintiff Planet Home Lending, LLC is required to advance money to protect its interest in the Property, including but not limited to post judgment advances for property taxes and insurance, property preservation costs, post judgment attorney's fees and costs and post judgment bankruptcy fees and costs, Plaintiff Planet Home Lending, LLC or its attorney **SHALL** certify by affidavit to the Clerk and the amount adjudged herein **SHALL** be increased by the amount of such advances.

**IT IS FURTHER ORDERED** that the United States Marshal's Service **SHALL**, in full satisfaction of the sums adjudged in this Order, sell the Property at a public auction to the highest bidder for cash according to the terms and conditions set forth below:

a. The public auction **SHALL** be held in the location for foreclosure sales as ordered by the Bexar County, Texas Judge;

b. The public auction **SHALL** occur on or after August 5, 2025, as determined by the United States Marshal's Service;

c. After the date and time for the public auction have been determined by the United States Marshal's Service, Planet Home Lending, LLC Services **SHALL** send, via

USPS certified mail, a notice of sale indicating the date, time, place, and manner of the public auction to:

> Shaun Bulter, Jr.
> 4926 Waycross Lane
> San Antonio, Texas 78220
>
> Greater Woodlake Homeowner's Association, Inc. c/o AAM Community Management, LLC
> 8200 Perren Beitel, Suite 128 San Antonio, Texas 78218
>
> The Secretary of Housing and Urban Development 451 7th Street SW
> Washington, D.C. 20410
>
> The United States of America
> c/o Stephanie Rico, Civil Process Clerk
> Office of the United States Attorney for the Western District of Texas 601 N.W. Loop 410, Suite 600 San Antonio, Texas 78216-5597

d. Plaintiff Planet Home Lending, LLC **SHALL** also announce the date, time, place and manner of the public auction in the The Hart Beat **AND** www.texaspublicnotices.com for four (4) consecutive weeks prior to the public auction date. These advertisements **SHALL** contain the Property's address as well as the legal description of same;

e. Plaintiff Planet Home Lending, LLC **SHALL** be responsible for payment of the expenses associated with administering the public auction, and the United States Marshal's Service **SHALL** deduct out of the proceeds of the sale herein described its reasonable fees for conducting such sale;

f. If Plaintiff Planet Home Lending, LLC is the successful bidder, its bid **SHALL** constitute a credit against the amount owed by Defendant Shaun Butler, Jr. under

      the Note; and

   g. The sale **SHALL** be subject to confirmation by the Court, and upon confirmation and receipt of the full purchase price of such sale, the United States Marshal's Service **SHALL** execute and deliver a deed conveying the Property "as is" to the successful bidder.

    **IT IS FURTHER ORDERED** that upon Plaintiff's submission of a Writ of Execution to the Clerk of the Court, the Clerk **SHALL** enter the Writ of Execution, pursuant to Federal Rule of Civil Procedure 70(e), authorizing the United States Marshal's Service to take possession and control of the Property pending the sale herein described. All persons occupying the Property **SHALL** turn over all keys to the Property to the United States Marshal's Service or a representative of the same. All persons **SHALL** vacate the property permanently within 30 days from the date of this Order, each taking with them his or her personal property (but leaving all improvements, buildings, fixtures, and appurtenances to the Property). If any person fails or refuses to leave and vacate the Property by the time specified in this Order, the United States Marshal's Service is authorized and directed to take all actions that are reasonably necessary to bring about the ejectment of those persons. If any person fails or refuses to remove his or her personal property from the Property by the time specified herein, the personal property remaining on the Property thereafter is deemed abandoned, and Plaintiff Planet Home Lending, LLC is authorized to remove it and to dispose of it in any manner authorized by law.

    **IT IS FURTHER ORDERED** that after the sale is confirmed by the Court, the United States Marshal's Service **SHALL** distribute from the proceeds of the sale, as far as they are sufficient and after the United States Marshal's Service has deducted its reasonable

fees for conducting the sale, the amount adjudged herein in favor of Plaintiff Planet Home Lending, LLC to it, and thereafter to the Department of Housing and Urban Development all amounts due and owing under that one certain mortgage executed by Defendant Shaun Butler, Jr., and which was filed and recorded in the official real property records of Bexar County, Texas on January 5, 2024 as 20240002709. Any balance remaining after these payments **SHALL** be delivered to the Clerk of the Court who **SHALL** hold any such balance until further order of the Court.

**IT IS FURTHER ORDERED** that the sale **SHALL** extinguish any interest in the Property claimed by Defendant Greater Woodlake Homeowner's Association, Inc. under either of the 2006 Assessment Lien or the 2024 Affidavit of Non-Receipt of Maintenance Assessments, save that any right said defendant may have to any surplus proceeds from the sale under said instruments, and subject to this judgment, remains.

It is so Ordered.
SIGNED this 8th day of September, 2025.

_____
JASON  PULLIAM
UNITED STATES DISTRICT JUDGE